COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CHRISTIAN URIEL HERNANDEZ, | § | No. 08-12-00247-CR |
| Appellant, | § | Appeal from the |
| v. | § | 112th District Court |
| THE STATE OF TEXAS, | § | of Pecos County, Texas |
| Appellee. | § | (TC# P-3071-112-CR) |
| | § | |

## **MEMORANDUM OPINION**

Pending before the Court is the Appellant's motion to dismiss this appeal pursuant to TEX.R.APP.P. 42.2(a).  Finding that the Appellant has complied with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.


GUADALUPE RIVERA, Justice

November 28, 2012

Before McClure, C.J., Rivera, J., and Antcliff, J.

(Do Not Publish)